IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MICHAEL T. NOBLE                                                                           PLAINTIFF

v.                                                CAUSE NO. 1:15CV352-LG-RHW

BANK OF AMERICA, N.A.;
MICHAEL JEDYNAK; and
DOES 1 THROUGH 10                                               DEFENDANTS

## FINAL JUDGMENT

The Court, after a full review and consideration of the pleadings on file and the relevant legal authority, finds that in accord with the Order Granting Motion for Judgment on the Pleadings [13] previously entered herein on January 6, 2016, and the Stipulation of Dismissal [14] of the remaining defendants filed by the plaintiff Michael T. Noble on February 8, 2016,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Michael T. Noble's claims against Bank of America, N.A., are **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the Michael T. Noble's claims against Michael Jedynak and Does 1 through 10 are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(2).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Bank of America, N.A., is entitled to recover costs from the plaintiff Michael T. Noble pursuant to Fed. R. Civ. P. 54(d).

**SO ORDERED AND ADJUDGED** this the 10th day of February, 2016.

                                                       s/ *Louis Guirola, Jr.*
                                                       LOUIS GUIROLA, JR.
                                                       CHIEF U.S. DISTRICT JUDGE